

# IN THE
## TENTH COURT OF APPEALS

No. 10-10-00179-CV

**GLORIA MORGAN AND CLYDE DALE MORGAN,**

Appellants

v.

**AMERICAN NATIONAL CREDIT CORPORATION,**

Appellee

**From the 413th District Court
Johnson County, Texas
Trial Court No. C200700369**

## MEMORANDUM  OPINION

The parties have filed a joint motion to dismiss this appeal.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  Pursuant to the motion, costs are taxed against the party incurring same.  *Id.* 42.1(d).

FELIPE REYNA
Justice

Before Chief Justice Gray,
         Justice Reyna, and
         Justice Davis
Appeal dismissed
Opinion delivered and filed July 7, 2010
[CV06]